OPINION — AG — THE BOARD OF EDUCATION OF A SCHOOL DISTRICT CAN LEGALLY EMPLOY A SECRETARY TO PERFORM BOOKKEEPING AND CLERICAL DUTIES FOR THE BOARD, WHEN REASONABLY NECESSARY FOR A PROPER PERFORMANCE OF THE DUTIES OF THE BOARD, BUT NOT TO PERFORM DUTIES ENJOINED BY LAW UPON THE CLERK OF THE BOARD. CITE: 70 O.S. 1961, 4-27 [70-4-27], 70 O.S. 1961, 4-22 [70-4-22], OPINION NO. MARCH 7, 1953 — PHELPHS (J. H. JOHNSON)